**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| CAPE DOGWOOD REDEVELOPMENT, CORP., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:19-CV-00023 |
| GLOBAL BOWLING, LLC, et al. | ) ) ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Thompson Coburn LLP, by and through attorneys Jason A. Wheeler and William R. Wurm (collectively, "Thompson Coburn"), respectively move for leave to withdraw as counsel for Defendants Global Bowling, LLC, Michael Conejo, and Brent Dyer ("Defendants") in this matter, and in support thereof state as follows:

1. Thompson Coburn is currently counsel of record for Defendants in this matter.

2. Professional considerations have arisen that make it necessary for Thompson Coburn to withdraw as counsel for Defendants in this matter.

3. Missouri Rule of Professional Conduct 1.6 precludes Thompson Coburn from providing further detail concerning the professional considerations that have arisen necessitating its withdrawal.

4. Defendants were notified on April 13, 2020, and again on June 4, 2020, of the need for Thompson Coburn to file this Motion.

5. Thompson Coburn respectfully requests appropriate extensions of the remaining deadlines in the Court's Scheduling Order to minimize any potential prejudice to Defendants.

- 2 -

WHEREFORE, Thompson Coburn LLP, Jason A. Wheeler, and William R. Wurm respectfully request that this Court enter an order granting them leave to withdraw as counsel of record for Defendants Global Bowling, LLC, Michael Conejo, and Brent Dyer, and for whatever further relief the Court deems just and necessary.

Dated: June 12, 2020                              Respectfully submitted,

**THOMPSON COBURN LLP**

By: */s/ William R. Wurm*
Jason A. Wheeler, 52298MO
William R. Wurm, 68912MO
One US Bank Plaza
St. Louis, Missouri  63101
314-552-6000
FAX 314-552-7000
jwheeler@thompsoncoburn.com
wwurm@thompsoncoburn.com

Attorneys for Defendants

## CERTICFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via all counsel of record via the Court's electronic case filing system.

*/s/ William R. Wurm*